# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

OTIS DWAYNE WHITE, JR.,                  Civil No. 06-1447 (JRT/JJG)

      Petitioner,

v.                                                 **ORDER**

R.L. MORRISON,

      Respondent.

---

Otis Dwayne White, Jr., #05538-089, DFPC, Post Office Box 1000, Duluth, Minnesota 55814, petitioner *pro-se*.

Andrew R. Winter and James E. Lackner, **OFFICE OF THE UNITED STATES ATTORNEY**, 300 South Fourth Street, Suite 600, Minneapolis, Minnesota 55415, for respondent.

This matter is before the undersigned upon the report and recommendation of the United States Magistrate Judge. No objections have been filed to that report and recommendation in the time period permitted. Based on the report and recommendation of the Magistrate Judge, and being duly advised of all the files, records, and proceedings herein, **IT IS HEREBY ORDERED THAT** White's petition for a writ of habeas corpus under 28 U.S.C. § 2241 (Doc. No. 1) is **DENIED AS MOOT.**

DATED: March 7, 2007                                s/John R. Tunheim
at Minneapolis, Minnesota.                       JOHN R. TUNHEIM
                                                      United States District Judge